DAVID M. LOUIE    2162
Attorney General of Hawai'i

DEIRDRE MARIE-IHA    7923
MARISSA H. I. LUNING    9025
Deputy Solicitors General
Department of the Attorney General
425 Queen Street
Honolulu, Hawai'i 96813
Tel. (808) 586-1360
Fax (808) 586-1237

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEMOCRATIC PARTY OF HAWAII,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT T. NAGO, in his official capacity as Chief Election Officer of the State of Hawaii,<br><br>Defendant. | CIVIL NO. CV13-00301 JMS/KSC<br><br>DEFENDANT SCOTT NAGO'S COUNTER-MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION AND PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANT'S COUNTER-MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE<br><br>HEARING DATE: 10/7/13<br>           TIME: 9:00 A.M.<br>          JUDGE: Hon. J. Michael Seabright |

## DEFENDANT SCOTT NAGO'S
## COUNTER-MOTION FOR SUMMARY JUDGMENT

Scott Nago, Chief Election Officer of the State of Hawaii, Defendant, counter-moves for summary judgment. There are no genuine issues of material fact. The Democratic Party of Hawaii, Plaintiff, has failed to carry their burden to demonstrate that Hawaii's open primary is unconstitutional under the First Amendment. As outlined in the attached memorandum, the Party's facial challenge fails under United States v. Salerno, 481 U.S. 739 (1987), and it offers no facts on which as as-applied challenge could be based. Furthermore, the Party fails to demonstrate that their associational rights are *severely* burdened by the open primary, and the State's interests in the open primary meet the relevant standard of scrutiny in any event. The open primary is constitutional.

This motion is filed as a counter-motion under Local Rule 7.9. Because the Party simultaneously moved for a preliminary injunction and for partial summary judgment, the attached memorandum of law serves as an opposition to both of Plaintiff's motions, and as a memorandum in support of Defendant's counter-motion for summary judgment.

This counter-motion is made under Fed. R. Civ. P. 56, Local Rules 7.9 and 56.1, and is based on the attached declarations, memorandum of law, separate

1

concise statement, and the documents previously filed with this Court.

DATED:   Honolulu, Hawaii, September 16, 2013.

Respectfully submitted,

/s/   Deirdre Marie-Iha
Deirdre Marie-Iha
Marissa H. I. Luning

*Deputy Attorneys General*
Attorneys for Defendant