

**NEIL ABERCROMBIE**
GOVERNOR

**DAVID M. LOUIE**
ATTORNEY GENERAL

**RUSSELL A. SUZUKI**
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
**APPELLATE DIVISION**
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1360
(808) 586-1237 (fax)

September 27, 2013

The Honorable J. Michael Seabright
Judge, U.S. District Court of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, Rm C388
Honolulu, Hawaii  96850

> Re:   **No Live Testimony at Oct. 7, 2013 Hearing**
>        ***Democratic Party of Hawaii v. Nago***, Civ. No. 13-00301-JMS-KSC

Dear Judge Seabright:

   I have conferred with opposing counsel about the preliminary injunction/summary
judgment hearing scheduled for October 7, 2013.  Neither of us plans to present live testimony at
the hearing.

   I hope this information is of some assistance to the Court.

Sincerely,

Deirdre Marie-Iha
Deputy Attorney General

Attorney for Scott Nago, Defendant

cc:   Tony Gill, Esq., counsel for Plaintiff