# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 13-00301 JMS-KSC |
| CASE NAME: | Democratic Party of Hawaii v. Scott T. Nago, in his official capacity as Chief Election Officer of the State of Hawaii |
| ATTYS FOR PLA: | T. Anthony Gill<br>David A. Sgan |
| ATTYS FOR DEFT: | Deirdre Marie-Iha<br>Marissa Hime Iolana Luning |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 10/7/2013 | TIME: | 9:00 - 10:15 |

COURT ACTION:  EP: Hearing held on [4] Plaintiff's Motion for Partial Summary Judgment and Preliminary Injunction; and [ 15] Defendant Scott T. Nago's Counter Motion for Summary Judgment for Defendant Nago and Opposition to Plaintiff's Motions for Preliminary Injunction and Partial Summary Judgment.

Arguments heard.  Motions taken under advisement.  Court to issue written order.

Submitted by: Tammy Kimura, Courtroom Manager